**UNITED STATES of America, Appellee,**

v.

**Frankie Louis VASQUEZ, Appellant.**

**No. 03–1619.**

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 1, 2003.

Decided Oct. 7, 2003.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Frankie Louis Vasquez appeals from the district court's[1] order denying his motion for early release from his supervised re-

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

lease sentence. After careful review of the record, we find no abuse of discretion in denying the motion, as there was ample evidence to suggest that termination of Mr. Vasquez's supervised release was not warranted by his conduct and the "interest of justice." *See* 18 U.S.C. § 3583(e)(1); *United States v. Pregent,* 190 F.3d 279, 282–283 (4th Cir.1999) (standard of review; affirming district court's denial of early termination of supervised release where defendant had extensive criminal background and history of drug abuse).

Accordingly, we affirm, and we grant counsel's motion to withdraw.